## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, DC

| | |
|---|---|
| American Civil Rights Association, ) | |
|                   Plaintiff, ) | |
|  v.                       ) | **TWELVE PERSON JURY DEMAND** |
| ) | Action under Freedom of Information Act |
| J.B. Pritzker, ) | 5 U.S.C. § 552; § 552(a)(4)(B) |
| Brendan Kelly, ) | **Damages Claimed: 100 Million dollars** |
| Sarah Wheeler, ) | |
| Rebecca Hooks, ) | Case: 1:25−cv−03604 JURY DEMAND |
| Todd Hartmnan, ) | Assigned To : Unassigned |
| Kevin Garcia, ) | Assign. Date : 10/3/2025 |
| Andrew Anselm, ) | Description: FOIA/Privacy Act (I−DECK) |
| Illinois State Police, ) | |
| Linda Mandat, ) | |
| State of Illinois, ) | |
| Ryan L. Nalezny a/k/a fugitive felon, ) | |
| ) | |
|                  Defendants. ) | |

## COMPLAINT AT LAW

Plaintiff, American Civil Rights Association, ("ACRA") a Washington, D.C. based non-profit Civil Rights advocacy organization, sue the defendants J.B. Pritzker, ("J.B.") , Brendan Kelly, Sarah Wheeler, Rebecca Hooks, Todd Hartman, Kevin Garcia, Andrew Anselm, Linda Mandat, Illinois State Police, Sate of Illinois, Ryan L. Nalezny- a felon employed by the <u>organized crime agency</u> Illinois State Police ("Defendants"), for WILLFUL, WANTON, DELIBERATE violation of 5 U.S.C. § 552 Freedom of Information Act ("FOIA") ; vicious, intentional tort acts, including *criminal acts* of threats, felony hazing, racial profiling, harassment, work place violence, <u>**subornation of perjury, spoliation of evidence**</u> by :

- **improper Withholding of Records ,** refuses to release information despite requests for disclosure under FOIA;



- **Non- Response to FOIA to release** records which included information demanded related to WORK PLACE VIOLENCE , HARASSMENT, THREATS, ENDANGERMENT to a citizen by defendant felon Ryan Nalezny on September 4, 2025;

- **Non- Response to FOIA** to release felon Nalezny body cam videos when felon Nalezny committed Work Place violence and threats at Work Place on September 4, 2025 afternoon around 358 P.M., telephone threats of 'arrest' with witness present on the speaker when felon Nalezny made the threat on the illegally obtained phone number of the victims from felon Nalezny cell phone number (773)848-1506;

- **Non- Response to FOIA** to release body cam videos of September 7, 2025 from 18.05 hours to 18.45 hours;

- **Non- Response to FOIA** to release body cam videos on September 6, 2025, from 21.28 hours to 21.53 hours;

- **Non- Response to FOIA** to release body cam videos of August 27, 2025 from 9.45 AM through 10.05 AM

- **Non- Response to FOIA** to release star number of the felon Nalezny; the name and star number of the criminal accomplice who accompanied the felon Ryan Nalezny on September 4, 2025; September 7, 2025; On September 6, 2025, August 27 , 2025

Despite the defendants granted an extension to <u>obey and comply</u> with FOIA demand , deliberately ignored and failed to respond within the statutory timeframe, which allows the requester to proceed to Court with filing an FOIA law suit.

**<u>Applicable law:</u>** "Any person," regardless of their interest in obtaining the information, could sue for information under the Act" *EPA v. Mink,* 410 U.S. 73, 88 (1973). ADMINISTRATION OF THE FREEDOM OF INFORMATION Act, H.R. REP. No. 1419, (1972) [hereinafter cited as 1972 HOUSE REPORT]. The <u>U.S Supreme Court has noted, that "[e]ven when an agency does not deny a FOIA request outright</u>, the requesting party may still be able to claim `improper' withholding by alleging that the agency has responded in an inadequate manner." *United States Dep't of Justice v. Tax Analyst*s, 492 U.S. 136, 151 n. 12, 109 S.Ct. 2841, 106 L.Ed.2d 112 (1989)

## Jurisdiction

Pursuant to " Universal Venue" *doctrine*, this Court has jurisdiction pursuant to statute, 5 U.S.C. § 552(a)(4)(B) . ACRA as Plaintiff is the "Master of his case" to choose the venue of its choice pursuant to "Master of the Complaint Doctrine" of this preferred venue. The plaintiff is the "master of his case" *Royal Canin U.S.A., Inc. v. Wullschleger* (2025), No. 23–677 Sup.Ct.

## Damages

The defendants willful non-compliance is intended to protect a felon, defendant Ryan Nalezny and is part of RICO style Federal crime by the Organized Crimes Agency a/k/a Illinois State Police. The felon Nalezny who is under Federal Grand Jury investigation by the Criminal Section of the Civil Rights Division of USDOJ , and soon to be arrested by Federal agents for threats of a citizen, a **Federal crimes under Title 18 US Code 242** committed the following additional Federal crimes for which multi-counts indictments sought with USDOJ which include State crimes under Work Place Violence Act as to which thgsi Court has supplemental jurisdiction under Title 28 U.S. Code § 1367

The deliberate , wanton, willful non-compliance of FOIA by the defendants is to protect the felon Nalezny of the following Federal crimes:

I. **Federal crimes under Title 18 US Code 242**:

A police officer who uses the 'threat of arrest' may be charged with the federal crime of Deprivation of Rights Under Color of Law
(18 U.S.C. § 242). This applies if the officer:

- **Acts under color of law**: **Misusing their official position as a government agent.**
- **Willfully** deprives a person of their rights, meaning the officer acted with **deliberate and specific intent.**
- **Threatens, intimidates, or coerces** a person.
- The **threat of arrest is made as part of a conspiracy with another person, the officers could be charged under 18 U.S.C. § 241, Conspiracy Against Rights.**

II. Federal crimes under RICO Act, **Criminal conspiracy** 18 U.S.C. § 1961 et seq. as ISP is deemed as a *criminal enterprise* and Organized Crime Agency with a pattern criminal felonies against American/Illinois *citizens* triggered by bias, prejudice, bigotry, racial profiling. Illinois State Police is deemed as an "Organized Crime Agency" involved in RICO style crimes.

III. **Federal Wire Tapping Act 47 U.S.C. § 605 and Anti-Piracy Act**; Criminal violations of Electronic Communications Privacy Act of 1986, 100 (ECPA) Stat. 1848, Title III which prohibit the interception of "electronic" as well as oral and wire communications.

- Information obtained under a subpoena from the phone carrier security division evidenced that the maniacal felon Nalezny criminally conducted electronic surveillance, obtained the cell number of the victims, and used that information to commit additional crimes of threatening a citizen with arrest, made threats in person and on the cell phone number illegally obtained by the *maniacal, blood thirsty* bastard and felon defendant Ryan L. Nalezny; committed additional crimes under Work Place Violence Act. The evidence of felon Nalezny crimes under **Title 18 US Code 242**: **47 U.S.C. § 605 Federal Wire Tapping Act 47 U.S.C. § 605 and Anti-Piracy Act; Electronic Communications Privacy Act** of 1986, 100 (ECPA) Stat. 1848, are presented to USDOJ, Civil Rights Division and FBI to have felon Nalezny indicted and to be arrested under a Federal warrant. Additionally, the maniacal felon defendant Nalezny harassed the citizen colluding, conspiring with other agencies to defame, humiliate the victims' projecting the citizen living in a 3500 square feet three level home in an upper class neighborhood community, as a criminal. The organized crime agency -ISP run by defendant felons J.B. Pritzker, a political con-artist, his *crony and boot-licker and butt-kisser* Brendan Kelly, felons Linda Mandat, Sarah Wheeler, Rebecca Hooks, Kevin Garcia, Andrew Anselm hired their 'hitman' felon and maniac Ryan L. Nalezny for $137,000 insane salary plus *insane* perks, vehicle- all funded by tax payers to harass, threaten the very tax paying citizens for political purpose by the political con-artist defendant J.B. Pritzker. The con-artist "J.B" recommend, refers to Illinois court commission to appoints rogue, convicted Negro[1] felons, pedophiles, rapists Lloyd James Brooks, James Adolph Hitler a/k/a James Adolph Wright to Cook county Judiciary. The

---

[1] http://www.nydailynews.com/news/national/negroacceptableterm-soldiers-u-s-army-article-1.2000759;
Negro is an approved way to denote black in U.S Census Bureau. Negro is still an approved way to refer to black people, 'Negro' is still an approved way to refer to black people, says US Army | The Independent | The Independent

felons Brooks and Wright who managed to expunge their felonies by a chief Negro felon Timothy Evans of Cook county , who colluded with a past Negro State's attorney Kim Foxx to assist the felony expungement of felons Lloyd Brooks and James Wrtight so the Negro felons Lloyd Brooks and James Wright could be cleared to be appointed to the judiciary. Attached **Exhibit A** is the *rap sheet* of chief Negro felon Timothy Evans who was sued numerous times for abuses; Federal Judge Gottschall ordered Evans to stand Trial.

"J.B." is under USDOJ and FBI radar for public corruption; corrupting the judiciary.

- **IV.** Criminal Violations of First Amendment Rights;
- **V.** Criminal Violations of Fourth Amendment Rights
- **VI.** Criminal Violations Fourteenth Amendment Rights;
- **VII.** Federal crimes under Hobbs Act: "Malicious persecution and harassment under color of office;"
- **VIII.** Federal crimes under 18 U.S. Code § 249 -Hate Crimes, racial profiling.
- **IX.** Federal crimes to deny rights Title 18 U.S. Code § 242 .Title 18, U.S.C. Section 242 makes it a crime for someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

When a court determines that a public body **willfully and intentionally failed to comply with the FOIA Act**, or otherwise **acted in bad faith**, the Court shall also impose upon the public body a civil penalty. The penalty is $5,000 for each occurrence/for each day of non-compliance since August 23, 2025 and continuing to now. Plaintiff will file **Memorandum Brief to support the damages**.

Moreover, under Federal law, in a case brought under FOIA the court determines the matter *de novo* and may examine the specific agency records in camera to determine whether they should be withheld under any exemption. See 5 U.S.C. Sec. 552(a)(4)(B). The burden is on the government to sustain its action. Id. The court award reasonable attorney fees and other

litigation costs against the government . See 5 U.S.C. Sec. 552(a)(4)(E). Illinois statute  5 ILCS 140/11(i) allows $5000 in punitive damages for each occurrence  and is a *cumulative sanction* for each day the non-compliance continues.

## CRIMINAL SANCTIONS

The defendants' non-compliance of FOIA and disregard to the Federal Law are willful, malicious and as sanctions, Plaintiff seeks that defendants be held  in  *criminal contempt* of the FOIA Statutes, and the Court and ordered to appear before this Court  to face criminal charges as authorized under   5 U.S.C. § 552(a)(4)(E). Plaintiff further seeks all attorney fees and costs as civil sanction pursuant to  5 U.S.C. § 552(a)(4)(E).

Additionally, Plaintiff believes the defendants have destroyed and/ or disposed, altered the record to *insulate themselves* from  <u>felony subornation of perjury charges, felony spoliation of evidence</u> in anticipation of a Federal indictment sought  with FBI Director and USDOJ , Criminal Section of  the Civil rights Division, Washington, DC. Plaintiff will offer evidence to this court of the defendants' willful non-compliance of FOIA demand is to protect the felon defendant Ryan Nalezny, including spoliation of record and/or alteration, fabrication of report; withholding of exculpatory evidence to indict the felon Nalezny; subornation of perjury; spoliation of evidence.  Plaintiff will  prove the felony crimes by the defendants through discovery deposition of the  defendants when this prosecution *sails* through the docket and before a  Jury Trial.

Such spoliation/destruction of record include but not limited to, blatant  LIES by the defendant Sarah Wheeler as a 'cover-up'  and  to protect the felon Nalezny, and  refused to comply despite the FOIA demand is <u>specific, surgically precise information</u> sought -all well within the scope and extent of FOIA. The defendant felons  refused to comply with even  basics,

though Plaintiff will contest any *filtered/redacted* information, "that the agency has responded in an inadequate manner." *United States Dep't of Justice v. Tax Analyst*s, 492 U.S. 136, 151 n. 12, 109 S.Ct. 2841, 106 L.Ed.2d 112 (1989)  Under 18 U.S.C. § 2071, plaintiff seeks Federal warrant for the arrest of the defendants and brought to this Court for further prosecution of criminal charges.

## PUNITIVE/EXEMPLARY DAMAGES

The willful, deliberate non-compliance by the defendants of the FOIA demand is to shield a violent felon -defendant Ryan Nalezny employed by the Organized Crime Agency a/k/a Illinois State Police. The non-compliance by the defendants is also to shield themselves from lawsuits by the victims, including defamation-Slander and Libel by defendant felon Ryan Nalezny; Work Place Violence by defendant felon Ryan Nalezny; Intentional infliction of emotional distress; Intentional infliction of mental anguish; misconduct; felony hazing, felony harassment , felony racial profiling by the defendants and their 'hitman' defendant felon Ryal L. Nalezny.

The defendant felon Linda Mandat another *boot-licker* and *butt kisser* of Brendan Kelly and "J.B." claiming to be head of the sham , bogus "internal investigation" to defraud the public, *pushed under the rug* another FOIA sought as to an 'internal investigation' complaint against the defendant felon Ryan Nalezny. Thus defendant felon Mandat committed the crime of felony spoliation of evidence against felon Ryan Nalezny. The rest of the defendants, including defendant, a political con-artist and corrupt political felon defendant J.B. Pritzker are criminal accomplices in the RICO style crime by the defendant felon Ryan Nalezny, and defendant felon with a funny name Anselm and hispanic alien Garcia are willing criminal participants.

This Court is informed that the political con-artist, calculative, cunning defendant J.B. Pritzker *bribed* Illinois Supreme court justices by writing a check for <u>One Million dollars</u> each to few justices in the disguise of "campaign contribution' to get his unconstitutional laws '*steer clear'* of challenges in Court. Some such unconstitutional laws endangering the public safety is a laughable law named SAFE-T Act where defendant felon like Ryan Nalezny can go *scot-free* without posting a bond for felonies and released back into the community to continue their felonies; a law allowing felons serving time in prison are allowed to vote as the political con-artist "J.B." needed every Negro votes to stay in office. Another unconstitutional law is felon like Ryan Nalezny in the name of "state employee' could be sued only in two counties out of 102 counties. Both these laws challenged and appealed to Illinois Supreme court where the bribes paid justices returned the favor to defendant "J.B." to clinch a 4-3 majority affirming the unconstitutional laws.

The perverted, sadist conduct by the defendants are so evil, malicious, the <u>damages are deemed to exist</u>. Pursuant to United States Supreme court the damages are deemed to exist with no need for further proof. "Damages *are constitutionally* be *presumed exist* from acts of *actual malice or reckless disregard for the truth* ." Gertz v. Robert Welch, Inc., 418 U.S. 323 (1974) . This Federal District Court has "Supplemental Jurisdiction" under Title 28 U.S.Code §1367 to hear State claims of defamation; intentional infliction of emotional distress; Intentional infliction of mental anguish; including claims under 42 U.S.C. § 1983 Federal Civil Rights violations; Felony hazing, Felony harassment, Felony racial profiling under 18 U.S. Code § 249 -Hate Crimes, Federal claims under Title 18 U.S. Code § 249.

It is also believed that defendants and felon Ryan Nalezny transmitted defamatory, derogatory, detrimental data as to the victims projecting the victims as criminals, created an illegal 'profiling nexus' on the victims ; disseminated derogatory data to "Fusion centers", ICR,

UBR, NIBRS, ISP data base and other agencies with incriminating, defamatory data by felon Nalezny, aided, assisted by the co-defendant felons.

> "Damages *are constitutionally* be *presumed exist* from acts of *actual malice or reckless disregard for the truth* ." Gertz v. Robert Welch, Inc., 418 U.S. 323 (1974) .

> "The defamatory statements are <u>deemed actionable</u> *per se* because they are so obviously and materially harmful to the plaintiff that injury to the plaintiff's reputation may be presumed, *Van Horne*, 185 Ill. 2d at 307. "A plaintiff need not plead or prove actual damages to his or her reputation to recover for a statement that is actionable *per se*." Id. (citing *Bryson v. News America Publications, Inc*., 174 Ill. 2d 77, 87 (1996)).

At the time the defendants indulged in such intentional tort acts as described in above paragraphs, the defendants knew they were false, deliberate ,vicious, malicious and sadist perverse acts intended solely to harm the citizen/victims with reckless disregard for their falsity.

> Damages are not required to be proved on defamation *per se* pleading. *See HPI Healthcare Services ,Inc. v. Mt.Vernon Hospital , Inc.,* 131 I'll. 2d 145 , 154-55 ( 1989)

Plaintiff seeks compensatory, consequential, punitive and exemplary damages in an amount of ONE HUNDRED MILLIONS Dollars to be entered collectively against the defendants- J.B. Pritzker, Brendan Kelly, Sarah Wheeler, Rebecca Hooks, Todd Hartman, Kevin Garcia, Andrew Anselm, Illinois State Police, Linda Mandat, Ryan L. Nalezny and against the entity State of Illinois as 'respondent superior', for the FOIA abuses, felony RICO style crimes by the organized crime agency -Illinois State Police to conceal, destroy, alter, fabricate records, as narrated in this complaint, plus attorney fees and costs.

## JURY DEMAND

Plaintiff seeks Twelve Person Jury Demand .

                                                            Respectfully Submitted,

                                                            By:  J.C Misra

Dated: September 30, 2025                                Sole Trustee  of ACRA

For Notice & Communications:
ACRA Satellite office
Unit 1085
Schaumburg 60168-1085